UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17 CR 128 RWS |
| ) | |
| DAMON WILLIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Damon Willis is charged with two counts of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Willis is proceeding pro se with the assistance of an appointed public defender as back-up counsel. Willis moved to dismiss his indictment on April 7, 2017 and on April 28, 2017. As the grounds for dismissal Willis seeks to surrender his birth certificate and asserts that the United States Constitution does not provide for statutorily-conferred jurisdiction or statutorily-created crimes.

United States Magistrate Judge David D. Noce filed a report and recommendation that these motions be denied. Willis objected to the report asserting frivolous arguments including regarding the surrender of his birth certificate. On June 27, 2017 Willis filed a motion to dismiss asserting his rights under the Uniform Commercial Code and arguing that the Assistant United States Attorney in this matter is acting as "the beneficiary when he/she is nothing more

than a broker." Having performed a de novo review of Willis's motions I find them to be frivolous and without merit. As a result, I will deny Willis's motions.

Accordingly,

**IT IS HEREBY ORDERED that** I hereby adopt and incorporate Judge David D. Noce's report and recommendation dated May 22, 2017.

**IT IS FURTHER ORDERED that** Defendant Damon Willis's motions to dismiss the indictment [23 and 27] and his motion to dismiss [35] are **DENIED**.

                                        RODNEY W. SIPPEL
                                        UNITED STATES DISTRICT JUDGE

Dated this 14th day of July, 2017.